**No. 45832.**—Petition 5978–R of Cowell & Hubbard Co. (Cleveland).

Opinion by BROWN, J. From the evidence it was found that there was no intention to deceive the customs officials or to defraud the Government. Remission of additional duties was therefore granted.

**No. 45833.**—Petition 6040–R of Motch & Merryweather Machinery Co. (Cleveland).

Opinion by BROWN, J. From the record it was found that the petitioner honestly believed that the entered values were the correct foreign-market values of the machines in question. The petition was therefore granted.

**No. 45834.**—Petition 6039–R of Reliance Picture Frame Co. (Chicago).

Opinion by BROWN, J. The record indicating that there was no intention to deceive the appraiser or defraud the revenue, the petition was granted.

**No. 45835.**—Protests 985720–G, etc., of Mekelburg Specialty Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the cigarette whistles in question are the same as those the subject of Abstract 39509. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 45836.**—Protest 39392–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstracts 39948 and 40480 the siren whistles in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 45837.**—Protest 26797–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the siren whistles and horns in question are similar to those the subject of Abstracts 39948 and 40480. The claim at 45 percent under paragraph 397 was therefore sustained.